UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHI ZHANG,

    Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.
_____/

Case No. 1:12-cv-611

HON. JANET T. NEFF

### **ORDER**

This is a civil action filed pursuant to 15 U.S.C. § 1692. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 26, 2013, recommending that this Court dismiss this action for want of prosecution and failure to comply with the rules and orders of the court. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 41) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this action is DISMISSED for want of prosecution and failure to comply with the rules and orders of the court.

A Judgment will be entered consistent with this Order.


Dated: December 16, 2013                 /s/ Janet T. Neff
                                                     JANET T. NEFF
                                                     United States District Judge